UNITED STATE S DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Glen Hebert,                                          :
                                    Plaintiff         :

       vs.                                            :   C.A. No. 13-499M

The City of Woonsocket, by and through               :
its Mayor, Leo Fontaine; and the                     :
Woonsocket Budget Commission, through                :
William Sequino, its Chair,                           :
                                    Defendants        :

## MOTION TO DISMISS REMOVED CASE

NOW comes the plaintiff, Glen Hebert, and moves to dismiss the instant

case which was removed to this Court on July 2, 2013.  The plaintiff, and several

new plaintiffs, have filed a new lawsuit against the same defendants while

eliminating the federal constitutional claim that caused the defendants to seek to

remove this matter to this Court.  Accordingly, the issues in the removed case are

moot.

GLEN HEBERT,
By his attorney,


/s/  Edward C. Roy, Esquire
1130  Ten Rod Road, A-103
North Kingstown, RI  02852
(401) 667-7878
(401) 667-7112   Facsimile
Edward_Roy@hotmail.com

## <u>CERTIFICATION</u>

I hereby certify that I served a copy of the within motion to dismiss removed case on the defendants by fililing a copy of the motion with the ECF case filing system of the United States District Court on July 5, 2013.

/s/  Edward C. Roy, Esq.